TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN




NO. 03-05-00575-CR
NO. 03-05-00576-CR




Marvin Wayne Carter, Appellant

v.

The State of Texas, Appellee





FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NOS. 57670 & 57671, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING




M E M O R A N D U M O P I N I O N
 
Appellant Marvin Wayne Carter pleaded guilty to two indictments accusing him of
felony driving while intoxicated. See Tex. Pen. Code Ann. § 49.04(a) (West 2003), § 49.09(b)(2)
(West Supp. 2005). The district court adjudged him guilty and assessed punishment in each cause
at ten years’ imprisonment.
Appellant’s court-appointed attorney filed a brief concluding that the appeal is
frivolous and without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738
(1967), by presenting a professional evaluation of the record demonstrating why there are no
arguable grounds to be advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573
S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974);
Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex.
Crim. App. 1969). Appellant received a copy of counsel’s brief and was advised of his right to
examine the appellate record and to file a pro se brief. No pro se brief has been filed.
We have reviewed the records and counsel’s brief and agree that the appeals are
frivolous and without merit. We find nothing in the records that might arguably support the appeals. 
Counsel’s motions to withdraw are granted.
The judgments of conviction are affirmed.
 
 
                                                __________________________________________
Jan P. Patterson, Justice
Before Justices B. A. Smith, Patterson and Puryear
Affirmed
Filed: January 12, 2006
Do Not Publish